UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RY YOUK BIN, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 19-cv-10448-IT |
| | * | |
| STEVEN SOUZA, | * | |
| | * | |
| Respondent. | * | |

ORDER

October 17, 2019

TALWANI, D.J.

After considering the Magistrate Judge's September 20, 2019, Report and Recommendation [#24], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#24] as unopposed. Respondent Souza's Second Motion to Dismiss the Petition [#20] is ALLOWED, Respondent Souza's First Motion to Dismiss [#9] is DENIED AS MOOT, and the Petition [#1] is DISMISSED in its entirety.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge